BARBARA KERN, Respondent, *v.* MARTIN STUCZKEWICZ,
Appellant.

*Kern* v. *Stuczkewicz*, 173 App. Div. 920, affirmed.

(Argued January 17, 1919; decided February 4, 1919.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the fourth judicial
department, entered April 6, 1916, *unanimously* affirming
a judgment in favor of plaintiff entered upon a verdict
in an action to recover for personal injuries alleged to
have been sustained by plaintiff through the negligence

of defendant.　Plaintiff tripped and fell over certain iron doors in the sidewalk in front of defendant's premises. It was shown that they were defective.　Defendant contended that the continuous possession and control of the entire property under two leases had been in two tenants for more than six years prior to the accident, and that, therefore, the owner could not properly be held liable as a matter of law for the plaintiff's injuries.

*John M. Stull* for appellant.

*Hampton H. Halsey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.